UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN GALVAN,<br><br>　　　　Defendant. | Case No. 6:23-mj-00011-HBK<br><br>ORDER GRANTING JOINT STIPULATED MOTION<br><br>Doc. No. 5 |

　　　　On June 27, 2023, the Court held the initial appearance and arraignment of Defendant and, upon motion by the government, temporarily detained Defendant and pursuant to 18 U.S.C. § 3142(f)(2) and set this matter for a detention hearing for Friday, June 30, 2023.  (Doc. No. 3).  On June 29, 2023, the parties filed a joint stipulation agreeing that "that there are currently no conditions or combination of conditions that can reasonably assure the safety of the community and defendant's appearance and . . . jointly request[ing] the Court enter a detention order pursuant to 18 U.S.C. § 3142 (e), (g), (i), and vacate the June 30, 2023 detention hearing."  (Doc. No. 5 at 1).  The parties additionally request the Court set this matter for a status conference on August 15, 2023 at 10:00 a.m.  (*Id*. at 2).  Finally, Defense Counsel requests Defendant be granted a Rule 43 waiver pursuant to Federal Rule of Criminal Procedure 43(b)(2).  (*Id*. at 2-3).

　　　　For good cause shown, the court adopts the recommendation of pretrial services, dated June 27, 2023, and finds that the Defendant, Juan Galvan, should be detained pending trial based on flight

pursuant to 18 U.S.C. §§ 3142(f)(2)(A), and (g)(1) through (g)(4).

The Court further ORDERS:

(1) The detention hearing that is scheduled for June 30, 2023, before the Hon. Helena Barch-Kuchta, is VACATED.

(2) The Clerk of Court shall set this case for a status conference for August 15, 2023, at 10:00 a.m. in Yosemite.

(3) The Court GRANTS Defendant's request for a waiver pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure.

Dated:   June 29, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE